U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LARRY STEPHEN CHRISTIAN ) | CIVIL ACTION NO.: CV290-607 |
| GRADY C. DYAL ) | CV290-608 |
| ALLEN ROBERTS ) | CV290-613 |
| THOMAS BARNEY HARRIS, SR., ) | CV290-618 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The captioned case is scheduled for jury selection and trial on October 24, 2005. Counsel for the parties are hereby directed to confer on or before October 20, 2005, and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 12:00 noon on October 20, 2005, as to any remaining objections, if any, to exhibits and deposition testimony. Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time.

Any objection not so identified shall be deemed abandoned.

**SO ORDERED**, this 17th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE